# EXHIBIT A

## DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, Faith Laugier _____, Date of Birth _____,
SS# _____, pursuant to NYCPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. Faith Laugier</u> _____, Docket No. or Indictment No. 2011NY079791, in Crim Court, County of New York, State of New York, relating to my arrest on or about October 1, 2011, may be made available for use in Civil Action Laugier CV City of NY, Et al _____ (S.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

I further authorize the release of a list from the New York City Police Department that identifies all my prior arrests by date of arrest, charge(s) and disposition, including all sealed arrests.

_____
SIGNATURE

STATE OF NEW YORK  )
                   : SS.:
COUNTY OF New York )

On this 28 day of August, 2013, before me personally came Faith Laugier, to me known and known to me to be the individual described in and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

ISAAC JORDAN MYERS III
Notary Public, State of New York
Qualified in New York County
No. 02MY6270205
My Commission Expires 10-15-2016

May 18, 2011