# DAVID A. THOMPSON
# STECKLOW COHEN & THOMPSON

WWW.LAWYERSFORTHERESTOFUS.COM

217 CENTRE STREET, SIXTH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (212) 202-4952
DTHOMPSON@WYLIELAW.COM

December 14, 2014

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Laugier v. The City of New York, et al.</u>, 13cv6171 (JMF) (JCF)

Dear Honorable Judge Furman:

    I am the attorney for the plaintiff in the above-referenced matter. The parties met on December 5, 2014 for a settlement discussion mediated by the Hon. Magistrate Judge James C. Francis IV. Judge Francis issued a magistrate's recommendation, and the parties were to submit their acceptance or non-acceptance of the recommended settlement to the chambers of Judge Francis within a few days. On December 10, 2014, the chambers of Judge Francis reported that the defendants asked for additional time to provide their response, and that they would report to chambers by December 15, 2014. The chambers of Judge Francis recommended that the parties request extension of any affected deadlines accordingly. (See Ex. A).

    As per the recommendation of the chambers of Judge Francis, the plaintiff respectfully requests that, in the event that a settlement is not reached, the existing deadlines in this case be extended by five days. Pursuant to the current schedule, the plaintiff's motion for sanctions is due to be submitted December 15, 2104 (see docket item 62). The plaintiff respectfully requests that this deadline be extended to December 22nd (the next business day after December 20th, which

1

falls on a Saturday. The plaintiff proposes January 15th for the opposition (currently January 9th), and January 22nd for the reply (currently January 16th).

Thank you very much for your consideration.

Respectfully submitted,

/s/ David A. Thompson

David A. Thompson, Esq.